**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BRUSCHI, DAVID | § Case No. 14-80287 |
| BRUSCHI, JANET | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  09/29/2014            By:     /s/ STEPHEN G. BALSLEY
                  Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BRUSCHI, DAVID | § | Case No. 14-80287 |
| BRUSCHI, JANET | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　　$　　10,504.00

*and approved disbursements of*　　　　$　　26.60

*leaving a balance on hand of* [1]　　　　$　　10,477.40

**Balance on hand:**　　　　$　　10,477.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

　　　　Total to be paid to secured creditors:　　$　　0.00
　　　　Remaining balance:　　$　　10,477.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,800.40 | 0.00 | 1,800.40 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,062.00 | 0.00 | 1,062.00 |

　　　　Total to be paid for chapter 7 administration expenses:　　$　　2,862.40
　　　　Remaining balance:　　$　　7,615.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,615.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,615.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,240.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CACH, LLC | 10,896.42 | 0.00 | 2,938.19 |
| 2 | Capital One Bank (USA), N.A. | 13,187.03 | 0.00 | 3,555.85 |
| 3 | Capital One, N.A. | 286.96 | 0.00 | 77.38 |
| 4 | Portfolio Recovery Associates, LLC | 3,870.18 | 0.00 | 1,043.58 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,615.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                                   Case No. 14-80287-TML
David Bruschi                                                            Chapter 7
Janet Bruschi
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                    Date Rcvd: Sep 29, 2014
                              Form ID: pdf006              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2014.
db/jdb         +David Bruschi,    Janet Bruschi,    12037 Vireo Vale,    Roscoe, IL 61073-9662
21477143       +A Law Office of Crosby and Associates,     PC & American Law Firm PC,   475 Executive Parkway,
                 Rockford, IL 61107-5282
21477144       +Amanda Bruschi,    820 Lathrop Terrace Apt 1,    South Beloit, IL 61080-1970
21477147        Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE  19713
21477148      #+Beth Moore,    541 Roscoe Avenue,    South Beloit, IL 61080-1910
21477149       +Bmo Harris Bank,    P.O.BOX 94034,    PALATINE, IL 60094-4034
21477141       +Bruschi David,    12037 Vireo Vale,    Roscoe, IL 61073-9662
21477142       +Bruschi Janet,    12037 Vireo Vale,    Roscoe, IL 61073-9662
21477151       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21477152       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
22140711        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
22259216        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21477153       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21477155      #+Chris Pearson,    810 Lathrop Terrace Apt 2,    South Beloit, IL 61080-1971
22403312       +CitiMortgage Inc.,    Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
22403104       +CitiMortgage, Inc.,    c/o Codilis and Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
21477156       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
21477157       +City Ntl Bk/ocwen Loan Service,     Attn: Bankruptcy,   P.o. Box 24738,
                 West Palm Beach, FL 33416-4738
21477159       +Homeward Residential,    1525 S Beltline,    Coppell, TX 75019-4913
21477160       +Jocelyn Collins,    810 Lathrop Terrace Apt 4,    South Beloit, IL 61080-1971
21477162      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA  23541)
21477163        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD  57117-6282
21477164       +Sue Keltner,    820 Lathrop Terrace Apt 3,    South Beloit, IL 61080-1970
21477165      #+Tina Garrett,    820 Lathrop Terrace Apt 4,    South Beloit, IL 61080-1970
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21477145       +E-mail/Text: allenl@associatedcollectors.com Sep 30 2014 01:34:47      Assoc Coll,
                 113 W Milwaukee St,    Janesville, WI 53548-2913
21477146       +E-mail/Text: allenl@associatedcollectors.com Sep 30 2014 01:34:47
                 Associated Collectors, Inc.,     Attn: Debbie,   Po Box 1039,   Janesville, WI 53547-1039
21963428       +E-mail/Text: ebn@squaretwofinancial.com Sep 30 2014 01:35:34      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
21477150       +E-mail/Text: ebn@squaretwofinancial.com Sep 30 2014 01:35:34      Cach Llc/square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21477158       +E-mail/Text: collections@adviacu.org Sep 30 2014 01:35:55      Facu / Fcfcu,   1982 Cranston Rd,
                 Beloit, WI 53511-3137
21477161       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 30 2014 01:33:19      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21477154*      +Chase,    P.o. Box 15298,   Wilmington, DE 19850-5298
22295871*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, N.A.,
                 POB 41067,   Norfolk VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Sep 29, 2014
                              Form ID: pdf006              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2014 at the address(es) listed below:
          Dennis M McDougall    on behalf of Joint Debtor Janet   Bruschi dmcdougall@thecrosbylawfirm.com,
           mcdougalllaw@aol.com
          Dennis M McDougall    on behalf of Debtor David   Bruschi dmcdougall@thecrosbylawfirm.com,
           mcdougalllaw@aol.com
          Gloria C  Tsotsos    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
           as Bankers Trust Company of California, N.A., as Trustee for Morgan Stanley ABS Capital I Inc.
           Trust 2005-HE1 Mortgage Pass-Through Certificates, S nd-two@il.cslegal.com
          Gloria C  Tsotsos    on behalf of Creditor    CITIMORTGAGE, INC. nd-two@il.cslegal.com
          Linda   Godfrey    on behalf of Joint Debtor Janet   Bruschi lgodfrey@thecrosbylawfirm.com
          Linda   Godfrey    on behalf of Debtor David   Bruschi lgodfrey@thecrosbylawfirm.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 9
```