# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BRUSCHI, DAVID | § | Case No. 14-80287-TML |
| BRUSCHI, JANET | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $665,876.48               Assets Exempt:  $218,578.73
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,615.00          Claims Discharged
                                                    Without Payment: $102,491.66

Total Expenses of Administration: $2,889.00

3)  Total gross receipts of $      10,504.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00     (see **Exhibit 2**), yielded net receipts of  $10,504.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $453,879.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,889.00 | 2,889.00 | 2,889.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,504.07 | 28,240.59 | 28,240.59 | 7,615.00 |
| **TOTAL DISBURSEMENTS** | $563,383.07 | $31,129.59 | $31,129.59 | $10,504.00 |

4)  This case was originally filed under Chapter 7 on January 31, 2014. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2015_____   By: /s/STEPHEN G. BALSLEY_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 10,504.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,504.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | City Ntl Bk/ocwen Loan Service | 4110-000 | 134,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 22,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Facu / Fcfcu | 4110-000 | 105,294.00 | N/A | N/A | 0.00 |
| NOTFILED | City Ntl Bk/ocwen Loan Service | 4110-000 | 134,548.00 | N/A | N/A | 0.00 |
| NOTFILED | Bmo Harris Bank | 4110-000 | 56,359.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$453,879.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,800.40 | 1,800.40 | 1,800.40 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,062.00 | 1,062.00 | 1,062.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.60 | 16.60 | 16.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,889.00 | $2,889.00 | $2,889.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CACH, LLC | 7100-000 | 10,659.00 | 10,896.42 | 10,896.42 | 2,938.19 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 12,823.00 | 13,187.03 | 13,187.03 | 3,555.85 |
| 3 | Capital One, N.A. | 7100-000 | 286.00 | 286.96 | 286.96 | 77.38 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 3,870.00 | 3,870.18 | 3,870.18 | 1,043.58 |
| NOTFILED | Chase | 7100-000 | 11,176.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Cap One | 7100-000 | 3,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,203.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/square Two Financial | 7100-000 | 25,406.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 10,409.07 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors, Inc. | 7100-000 | 201.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 25,406.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoc Coll | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $109,504.07 | $28,240.59 | $28,240.59 | $7,615.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80287-TML

**Case Name:** BRUSCHI, DAVID
BRUSCHI, JANET

**Period Ending:** 01/22/15

**Trustee:** (330410)    STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 01/31/14 (f)

**§341(a) Meeting Date:** 03/06/14

**Claims Bar Date:** 08/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 541 Roscoe Avenue, South Beloit, Illinois | 35,000.00 | 0.00 | | 0.00 | FA |
| 2 | 810 Lathrop Terrace, South Beloit, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | 820 Lathrop Terrace, South Beloit, Illinois | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | Residence 12037 Vireo Vale Roscoe, IL<br>   Value changed per Amended Schedule A filed 3/24/14. | 160,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Blackhawk Bank Acct #xxxx3740<br>   Value changed per Amended Schedule B filed 3/24/14. | 160.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Blackhawk Bank xxxx 6000<br>   Value changed per Amended Schedule B filed 3/24/14. | 586.75 | 0.00 | | 0.00 | FA |
| 7 | Checking Community Bank #xxxx7264<br>   Value changed per Amended Schedule B filed 3/24/14. | 4,246.00 | 0.00 | | 0.00 | FA |
| 8 | Savings Credit Union #xxxx0856<br>   Value changed per Amended Schedule B filed 3/24/14. | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | Savings Blackhawk Bank 9148 | 245.00 | 0.00 | | 0.00 | FA |
| 10 | Savings First National Bank #xxxx3190 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Household Goods & Furnishings<br>   Value changed per Amended Schedule B filed 3/24/14. | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing | 275.00 | 0.00 | | 0.00 | FA |
| 13 | Term life insurance Farmers Insurance Company | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Pension United Technologies | 170,108.71 | 0.00 | | 0.00 | FA |
| 15 | Retirement Illinois Municipal Retirement Fund | 7,295.02 | 0.00 | | 0.00 | FA |
| 16 | stock in Meadowland Properties Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Jeep Cherokee | 2,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 Dodge Grand Caravan | 900.00 | 0.00 | | 0.00 | FA |
| 19 | Tax Refund  (u) | 10,504.00 | 10,504.00 | | 10,504.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80287-TML  
**Case Name:** BRUSCHI, DAVID  
BRUSCHI, JANET  
**Period Ending:** 01/22/15

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  
**Claims Bar Date:** 08/20/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | Blackhawk Bank Christmas Club (u) See Amended Schedule B filed 3/24/14. | 160.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets** **Totals** (Excluding unknown values) | **$676,380.48** | **$10,504.00** | | **$10,504.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 22, 2014

**Current Projected Date Of Final Report (TFR):**     August 22, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-80287-TML
**Case Name:** BRUSCHI, DAVID
BRUSCHI, JANET
**Taxpayer ID #:** **-***4417
**Period Ending:** 01/22/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******3966 - Checking Account
**Blanket Bond:** $598,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/14 | {19} | David and Janet Bruschi | Non-exempt tax refund | 1224-000 | 10,504.00 | | 10,504.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,494.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.60 | 10,477.40 |
| 10/20/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,062.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,062.00 | 9,415.40 |
| 10/20/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,800.40, Trustee Compensation;  Reference: | 2100-000 | | 1,800.40 | 7,615.00 |
| 10/20/14 | 103 | CACH, LLC | Dividend paid 26.96% on $10,896.42; Claim# 1; Filed: $10,896.42; Reference: | 7100-000 | | 2,938.19 | 4,676.81 |
| 10/20/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 26.96% on $13,187.03; Claim# 2; Filed: $13,187.03; Reference: | 7100-000 | | 3,555.85 | 1,120.96 |
| 10/20/14 | 105 | Capital One, N.A. | Dividend paid 26.96% on $286.96; Claim# 3; Filed: $286.96; Reference: | 7100-000 | | 77.38 | 1,043.58 |
| 10/20/14 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 26.96% on $3,870.18; Claim# 4; Filed: $3,870.18; Reference: | 7100-000 | | 1,043.58 | 0.00 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,504.00 | 10,504.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,504.00 | 10,504.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $10,504.00 | $10,504.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3966** | 10,504.00 | 10,504.00 | 0.00 |
| | $10,504.00 | $10,504.00 | $0.00 |

{} Asset reference(s)